No. 10–205. U. S. INFORMATION SYSTEMS, INC., ET AL. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 3 ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE

SOTOMAYOR took no part in the consideration or decision of this petition.